David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHERYL E. MYERS,<br><br>                    Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendant. | ) Case No. 2:20-cv-00076-GMN-DJA<br>)<br>)<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **DISMISSING ACTION WITH**<br>) **PREJUDICE**<br>)<br>)<br>) |

### STIPULATION

Plaintiff #Matter.Plaintiff Name# and EQUIFAX INFORMATION SERVICES, LLC

hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

…

…

…

Page **1** of **2**

accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: June 17, 2020

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Jeremy J. Thompson, Esq.<br>Jeremy J. Thompson, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>*Attorney for Defendant* |
|---|---|---|---|

## **ORDER**

**IT IS SO ORDERED.**

Dated this __18__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT